# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

## No. 4:12-CR-0059-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AMANDA BUNCH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Reconsideration of Revocation of Defendant's Conditions of Release [DE-71]. The Court conducted a hearing on May 23, 2012, at which Defendant, her counsel, and the Government appeared. Having considered the arguments of counsel, the motion is **GRANTED**. Defendant is released on the same conditions previously imposed and is admonished to strictly adhere to the conditions of her pretrial release.

This 24th day of May 2012.

_____
DAVID W. DANIEL
United States Magistrate Judge